IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUSTIN WATSON, | : |
| | : |
|     Plaintiff, | : |
| v. | : |
| | :   Case No.: 7:22-CV-122 (WLS) |
| FASTENAL CO., | : |
| | : |
|     Defendant. | : |
| | : |
| | : |

## ORDER

Presently before the Court is Plaintiff Watson's Notice of Voluntary Dismissal, filed on December 15, 2022. (Doc. 3). Therein, Plaintiff cites to Rule 41(a)(1)(A)(i)[i] of the Federal Rules of Civil Procedure to dismiss with prejudice as to all claims in the above-captioned action. (*Id.*)

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiff's Notice. (*Id.*) The above-captioned action is **DISMISSED WITH PREJUDICE**. Pursuant to his Notice, Plaintiff Watson shall pay his own costs and fees associated with this dismissal and shall recover nothing of Defendant. (*Id.*)

**SO ORDERED**, this __20th__ day of December 2022.

                                                                               **/s/ W. Louis Sands**
                                                                               **W. LOUIS SANDS, SR. JUDGE**
                                                                               **UNITED STATES DISTRICT COURT**

---

[i] (a) Voluntary Dismissal.
    (1) By the Plaintiff.
        (A)... [T]he Plaintiff may dismiss an action without a court order by filing:
            (i) a notice of dismissal before the opposing party serves either an answer or a
              motion for summary judgment[.]
FED. R. CIV. P. 41(a)(1)(A)(i).