IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUSTIN WATSON, | * |
| Plaintiff, | * |
| v. | Case No.   7:22-CV-122(WLS) |
| | * |
| FASTENAL COMPANY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 20, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of December, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk